IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OSAMA MUFTI, | No. 1:19-cv-938 |
| Plaintiff, | Judge John Z. Lee |
| v. | Magistrate Judge Sidney I. Schenkier |
| FIGUS TRUCKING, INC. and KANIA EXPRESS, INC., | |
| Defendants. | |

## STIPULATION TO DISMISS

The parties hereby jointly stipulate to dismiss this case with prejudice, each party to bear its own costs.

By:

/s/ Paul Strauss
    Attorney for plaintiff Osama Mufti

/s/ Ronald Stearney
    Attorney for defendants Figus Trucking, Inc. and Kania Express, Inc.

Paul Strauss
5525 S. Woodlawn Ave.
Chicago, IL 60637
(773) 551-5350
pstr1968@gmail.com